UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUNE BRANSON, individually as surviving spouse, and on behalf of the Estate of John Branson, decedent,

                Plaintiff,

-vs-                                    Case No. 5:06-cv-332-Oc-10GRJ

MEDTRONIC, INC., MEDTRONIC USA, INC.,,

                Defendants.
_____

**O R D E R**

On August 7, 2006, the Plaintiff filed this wrongful death, strict liability, negligence, and breach of warranty action against the Defendants in the Circuit Court for the Fifth Judicial Circuit, in and for Marion County Florida. (Doc. 2). On September 14, 2006, the Defendants removed the case to this Court on the basis of diversity jurisdiction (Doc. 1). See 28 U.S.C. §§ 1332, 1441 and 1446. The Plaintiff filed a motion to remand (Doc. 5), on the grounds that the Court lacks subject-matter jurisdiction because the Defendants have not met their burden of establishing that the amount in controversy exceeds $75,000, and because the principal place of business of Defendant Medtronic USA, Inc., is in Florida.

On December 13, 2006, the United States Magistrate Judge issued a Report (Doc. 9) rejecting both of the Plaintiff's arguments and recommending that the Plaintiff's Motion

to Remand be denied.  The Plaintiff has filed objections to the Report and Recommendation (Doc. 10), to which the Defendants have responded (Doc. 11).

The Court has conducted a de novo review of the Plaintiff's Motion to Remand and the Defendants' opposition, the Magistrate Judge's Report and Recommendation, the Plaintiff's objections and the Defendants' response, and agrees with the Magistrate Judge's well-reasoned Report and Recommendation.  The Plaintiff's objections do not address the merits of the Report and Recommendation; rather they focus on perceived procedural inequalities in the manner in which the Magistrate Judge conducted his analysis.  In particular, the Plaintiff complains that the Magistrate Judge wrongly considered "post-removal" evidence concerning Medtronic USA, Inc.'s principal place of business - evidence that was attached to the Defendants opposition to remand.  However, the Plaintiff does not provide any support for its complaint, and the Court has been unable to locate any authority which prohibits the Magistrate Judge from considering such evidence.

The Plaintiff also complains that the Magistrate Judge did not permit her to file a reply brief addressing the Defendants' arguments and evidence concerning Medtronic USA, Inc.'s citizenship.  The Court agrees with the Magistrate Judge - the evidence is so overwhelmingly in favor of the Defendants' position, that any reply brief would be unnecessary and a waste of judicial resources.  The Plaintiff had an opportunity to submit evidence and argument concerning Medtronic USA, Inc.'s citizenship in her motion to remand, and instead relied solely on her own Complaint and a single page of office

addresses from Medtronic's website.  Simply because the Plaintiff avers in her Complaint that Medtronic USA, Inc. is a Florida citizen does not make it so.

Accordingly, it is hereby ORDERED and ADJUDGED that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 9) is ADOPTED, CONFIRMED and made a part hereof;

(2) The Plaintiff's Objections (Doc. 10) are OVERRULED;

(3) The Plaintiff's Motion to Remand (Doc. 5) is DENIED; and

(4) The Plaintiff's Request for Leave to File a Reply (Doc. 7) is DENIED AS MOOT.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of January, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record